FRANCES E. CLOUGH, as Executrix, etc., of ENOS M. CLOUGH, Deceased, Appellant, v. CLARENCE R. GARDINER, Defendant, Impleaded with ELIZABETH M. GARDINER, as Administratrix, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements, upon the opinion of Mr. Justice Kapper at Special Term. [Reported in 111 Misc. Rep. 244.] Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur.

GEORGE S. MAWHINNEY, Respondent, v. MEYER FREUND, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur.

MARIE RASMUSSEN, as Administratrix, etc., of JACOB RASMUSSEN, Deceased, Respondent, v. MICHAEL KRAUSE and LOUIS KRAUSE, Copartners, etc., Appellants, and Another, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

JACOB ROTHENBERG, Respondent, v. BELLE CASMAN and GLADYS SPARAGO, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.